Jeremy E. Shulman (#257582)
   jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendants
WELLS FARGO BANK, N.A., doing business as
AMERICA'S SERVICING COMPANY; WELLS
FARGO HOME MORTGAGE, a division of WELLS
FARGO BANK, N.A.; WACHOVIA BANK, N.A.
and WACHOVIA FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SYED AAMIR TASADDUQ, an individual, and ZARA SHAH, an individual,<br><br>             Plaintiffs,<br><br>     vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., doing business as AMERICA'S SERVICING COMPANY, Form Unknown; NDEX WEST, LLC; WACHOVIA FINANCIAL SERVICES, INC., also known as WACHOVIA BANK; T.D. SERVICE FINANCIAL CORPORATION, also known as T.D. SERVICE COMPANY; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 2:10-CV-02402-DSF-MAN<br><br>[Assigned to the Hon. Dale S. Fischer, Courtroom 840]<br><br><br>**JUDGMENT OF DISMISSAL** |

1  On July 14, 2010, Plaintiffs filed a *Notice of Dismissal Pursuant to Federal*

2  *Rules of Civil Procedure 41(a) or (c)* with this Court, dismissing this action in its

3  entirety.  Accordingly,

4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

5  1.  Defendants WELLS FARGO BANK, N.A., doing business as

6  AMERICA'S SERVICING COMPANY; WELLS FARGO HOME MORTGAGE,

7  a division of WELLS FARGO BANK, N.A.; WACHOVIA BANK, N.A.;

8  WACHOVIA FINANCIAL SERVICES, INC.; NDEX WEST, LLC and T.D.

9  SERVICE FINANCIAL CORPORATION are all dismissed from this action.

10  2.  Plaintiffs Syed Aamir Tasadduq and Zara Shah shall take nothing from

11  Defendants.

12  3.  Defendants shall be entitled to recover their costs of suit.

13  IT IS SO ORDERED.

14  *Dale S. Fischer*

15  Dated: __8/2/10  _____

16  The Hon. Dale S. Fischer
   United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the following documents:

### PROPOSED JUDGMENT OF DISMISSAL

on all interested parties in said case as follows:

### Served Electronically via Court's CM/ECF System:

*Counsel for NDeX West, LLC*
Edward A. Treder, Esq.
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA  91765
Tel: (626) 915-5819;          Fax: (909) 595-7640

### Served By Other Means:

| *Counsel for Plaintiff* | *Counsel for T.D. Services Financial Corporation* |
|---|---|
| Raj D. Roy, Esq.<br>ROY LEGAL GROUP<br>8345 Reseda Boulevard, Suite 222<br>Northridge, CA  91324<br>Ph: (818) 993-3300;<br>Fax: (818) 993-4577 | Richard S. Stone, Esq. (#60068)<br>LAW OFFICE OF RICHARD S. STONE<br>1900 S. Norfolk Street, Suite 350<br>San Mateo, California  94403<br>Tel: (650) 242-8781 |

☒  **MAIL:**  I am readily familiar with the office's business' practice for collection and processing of correspondence for mailing with the United State Postal Service.  The correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.  On the date below, the correspondence was placed at the business address stated above for deposit in the United States Postal Service.  The envelope was sealed and placed for collection and mailing on that date following ordinary business practices. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☒  **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on **July 30, 2010.**

Nancy J. Peters
_____          _____
(Type or Print Name)                         (Signature of Declarant)`